UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KESHA WILSON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civ. Action No. 1:26-cv-02958-RFT

To the Honorable Judge Tamofsky:

Plaintiff in the above-captioned matter, by and through undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through September 15, 2026, for Plaintiff to file their Brief.

As such, the joint proposed schedule under Local Rule 4.1 is as follows: it is requested Plaintiff's memorandum would be due September 15, 2026. It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on November 16, 2026. Opposing counsel consents to this proposed schedule.

Respectfully submitted,

Dated: July 6, 2026

/s/ Ida M. Comerford, Esq.
Ida M. Comerford, Esq.
Hiller Comerford Injury & Disability Law
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
(716)564-3288
Email: icomerford@hillercomerford.com

Application GRANTED. The deadline for Plaintiff to file her opening brief is extended until **September 15, 2026**; the deadline for the SSA to file its opposition brief is extended until **November 16, 2026**; and the deadline for Plaintiff to file her reply brief, if any, is extended until **November 30, 2026**. The Clerk of Court is respectfully requested to terminate ECF 11.

Dated: July 7, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE